IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
vs. )
WILLIAM WILLIAMS )

CR.No. CR 06 82 T

In violation of 18 U.S.C. § 922(g)(1)

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 18, 2006, in the District of Rhode Island, the defendant WILLIAM WILLIAMS, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm: a .9mm Intratec handgun, serial number A017622.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
First Assistant U.S. Attorney

Dated: 7-12-06