**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-82T** |
| | ) | |
| **WILLIAM WILLIAMS** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the defendant, William Williams, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter currently scheduled for February 23, 2006 for an additional thirty (30) days. In support of this request counsel states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing.

The government, through AUSA Zechariah Chafee, has indicated it has no objection to the granting of this motion.

Respectfully submitted
William Williams
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and United States Probation on January 5, 2006.

/s/ Kevin J. Fitzgerald