UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0082T |
| | ) | |
| WILLIAM WILLIAMS | ) | |

---

OBJECTION TO PRESENTENCE REPORT

Now comes William Williams, the Defendant in the above captioned matter, and objects to the application of an offense level enhancement for possession of a firearm in connection with another felony offense n the presentence report ("PSR") prepared by the Probation Department in this case.

Connection to Another Felony Enhancement

Mr. Williams objects to the 4 level enhancement of his offense level for possession of a firearm in connection with another felony. PSR ¶ 15. The report relies on Application Note 14 for U.S.S.G. § 2K2.1 (applying §§ (b)(6) specifically) from the Federal Sentencing Guidelines Manual effective November 1, 2006. That version, as restated in the PSR, recommends application of the enhancement when possession of the firearm has facilitated or has the potential of facilitating another felony offense. U.S.S.G. § 2K2.1, App. Note 14(A) (2006). Probation states that this firearm, which was locked in a safe, located in a closet, where a digital scale was found, in an apartment, where cocaine and paraphernalia were found, had the *potential to facilitate* another felony offense. PSR ¶ 15 (emphasis added). Mr. Williams disagrees with probation's conclusion.

The Court cannot draw the inference that this weapon was possessed in connection with another felony under these circumstances. The application note referenced was not in force at the time of this offense and therefore does not apply. A reading of U.S.S.G. § 2K2.1 (2005) reveals no similar application note regarding connection to another felony, and does not encourage any overly broad inference to determine if the firearm possessed has the *potential to facilitate* another crime.

The court should not apply this enhancement to Mr. Williams's guideline assessment.

Respectfully submitted
William Williams
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kristin Mattias, United States Probation Officer, and Zechariah Chafee, Assistant United States Attorney, on February 2, 2007.

/s/ Kevin J. Fitzgerald