UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0082T |
| | ) | |
| WILLIAM WILLIAMS | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes William Williams, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for March 23, 2007 for an additional thirty (30) days. Mr. Williams submits the attached memorandum in support of this request.

Respectfully submitted
William Williams
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and United States Probation on March 16, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0082T |
| | ) | |
| WILLIAM WILLIAMS | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Williams has moved this Honorable Court to continue the sentencing in this matter currently scheduled for March 23, 2007, for an additional thirty (30) days. Mr. Williams states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing. The government, through AUSA Zechariah Chafee, has agreed to the necessity of this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
William Williams
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and United States Probation on March 16, 2007.

/s/ Kevin J. Fitzgerald